UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LARRY WAYNE BERNARD, | ) | No. CV 09-08060-MMM (VBK) |
| Petitioner, | ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) | |
| LINDA SANDERS, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("Report"),

**IT IS HEREBY ORDERED** that the Court accepts the findings and recommendations of the Magistrate Judge.

DATED: June 27, 2011

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE