JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| LARRY WAYNE BERNARD, | ) | No. CV 09-08060-MMM (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LINDA SANDERS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed as moot.

DATED: June 27, 2011

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE